**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 685 MAL 2017
:
            Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
            v. :
:
:
VICTOR MALDONADO-RIVERA, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.